

# NUMBER 13-16-00491-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

**THE STATE OF TEXAS,**                                                                 **Appellant,**

**v.**

**STELLA EVANS,**                                                                          **Appellee.**

---

### On appeal from the 319th District Court
### of Nueces County, Texas.

---

# MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Contreras and Hinojosa**
**Memorandum Opinion by Justice Hinojosa**

Appellant, the State of Texas, by and through its Attorney Pro Tem, the Honorable

Chris Waller, has filed a motion for dismissal of its appeal pursuant to Rule 42.2 of the

Texas Rules of Appellate Procedure.   *See* TEX. R. APP. P. 42.2(a).   No decision of this

Court having been delivered to date, we grant the motion and dismiss the appeal.

Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith. Any pending motions are dismissed as moot.

LETICIA HINOJOSA
Justice

Do not publish.
*See* TEX. R. APP. P. 47.2(b).

Delivered and filed the
2nd day of November, 2017.